### First Department, March, 1945.
### (March 2, 1945.)

NATIONAL BROKERAGE CORPORATION, On Behalf of Itself and All Others Similarly Situated, Appellant, v. TRAVELERS INSURANCE COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *post*, p. 691.]

BERNARD O'BRIEN, Respondent, v. JOHN E. THOMPSON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse and grant a new trial on the ground that the verdict is against the weight of the credible evidence.

BUSHROD B. HOWARD, Appellant-Respondent, v. UNION OIL COMPANY OF CALIFORNIA, Respondent-Appellant, et al., Defendants.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *post*, p. 745.]

STANLEY KRYPKA, Respondent, v. NEW YORK DUGAN BROTHERS, INC., Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $10,220.75, in which event the judgment as so modified is affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and grant a new trial on the ground that the verdict is against the overwhelming weight of the credible evidence. Settle order on notice.

JOHN M. GOODALE, as Trustee for A. L. FANGET MACARTHUR, under a Certain Declaration of Trust Dated the 25th day of June, 1935, Respondent, v. ARTHUR P. MACARTHUR, Appellant.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HANNAH HOULIHAN, Respondent, v. BENJAMIN SELENGUT, Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

NORMA S. GATTER, Respondent, v. L. STEWART GATTER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of QUEENS-NASSAU TRANSIT LINES, INC., Appellant, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [183 Misc. 924.] [See *post*, p. 737.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING RUDOLPH, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM CHARNEY, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.